*Mary Paolella*, pro se, in support of the petition.

*Peter C. Barrett*, in opposition.

Decided September 18, 2003

STATE OF CONNECTICUT *v.* IAN WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 80 (AC 23660), is denied.

*Mark Rademacher*, assistant public defender, in support of the petition.

Decided September 25, 2003

STATE OF CONNECTICUT *v.* MICHAEL JEFFREYS

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 659 (AC 21542), is denied.

*Kent Drager*, senior assistant public defender, in support of the petition.

*Judith Rossi*, executive assistant state's attorney, in opposition.

Decided September 25, 2003

STATE OF CONNECTICUT *v.* DAVID L. PALMER

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 418 (AC 22713), is denied.